No. 92–7398.  GALLIANO v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 92–7404.  EDWARDS v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 92–7408.  MIGOYO v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 92–7409.  MORALES v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 92–7411.  PRICE v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 92–7413.  NENGHABI v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 92–7420.  DIXON v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 92–7423.  SUMMERS v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 92–7424.  BYNUM v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 92–7426.  BONILLA-SAENZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 92–7427.  COWART v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 92–7441.  CASHMAN v. SOUTH DAKOTA.  Sup. Ct. S. D. Certiorari denied.

No. 92–7447.  LEONARD v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 92–7493.  MARENO v. JET AVIATION OF AMERICA, INC. C. A. 2d Cir.  Certiorari denied.

No. 92–893.  HARTFORD LIFE & ACCIDENT INSURANCE CO. ET AL. v. FUGARINO ET AL.  C. A. 6th Cir.  Motion of American Council of Life Insurance et al. for leave to file a brief as *amici curiae* granted.  Certiorari denied.